IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD RAY RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:16-cv-00035 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| DR. DULANES, | ) | United States District Judge |
| | **)** | |
| Defendants. | ) | |

**ORDER**

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 3, 2016, the court directed plaintiff to submit within ten days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than ten days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. All pending motions are DISMISSED as moot. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: February 29, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge